No. 66332.—New York Merchandise Co., Inc. *v.* United States, protest 59/14843 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of piano benches similar in all material respects to those the subject of *New York Merchandise Co., Inc.* v. *United States* (44 Cust. Ct. 144, C.D. 2169), the claim of the plaintiff was sustained.